## ATTORNEY GRIEVANCE COMMISSION OF MARYLAND *v.* MAURICE WHITEFORD BALDWIN, SR.

[Misc. Docket (Subtitle BV) No. 31, September Term, 1978.]

*Decided May 25, 1979.*

The cause was submitted to SMITH, DIGGES, ELDRIDGE, ORTH, COLE and DAVIDSON, JJ.

## O R D E R

The Court having considered the findings of fact and no exceptions having been filed, it is this 25th day of May, 1979

ORDERED, by the Court of Appeals of Maryland, that Maurice Whiteford Baldwin, Sr., be, and he is hereby, reprimanded, and it is assumed that Bar Counsel will bring to the Court's attention if the estate involved in this proceeding is not promptly closed; and it is further

ORDERED that Baldwin shall pay the transcript costs.